[stamp:] November 24, 2006
Hölters & Elsing
Frankfurt



[See original for letterhead.]

Attorneys at Law
Hölters & Elsing
Attn. Dr. Christoph F. Wetzler, Attorney at Law
Freiherr-vom-Stein-Strasse 24-26
60323 Frankfurt

**Sent in advance by fax: 069/71 58 85 88**

Hamburg, November 21, 2006

Your ref: 4022/06

Our ref.: 837-06/KL
**Ovamed GmbH vs. Collingwood**

Dear Dr. Wetzler,

Our client has submitted to us your letter of October 16, 2006 for reply.

First of all, our client must regrettably point out that so far there has not been a meeting of the parties. Despite several requests—most recently

www.lexuna.de

VORBERG ❖ ATTORNEYS AT LAW

on October 20, 2006—your client has not been able to set an appointment for a meeting and is seemingly unwilling to settle any differences within the context of the meeting—contrary to their contractual obligation.

With the letter of October 16, you mentioned some details of the MSA, the Manufacturing and Supply Agreement. After reviewing these documents, we have found that the Manufacturing and Supply Agreement, which was sent by your client with a considerable delay, was not signed by a CEO of our client because it was still in need of substantial revision.
However, it had been agreed that the agreement would be signed, and the signing is a legal prerequisite for the agreement to come about.

We would therefore like to ask you to immediately send us a copy of the Manufacturing Agreement signed by both parties. We have set **November 28, 2006** as the latest possible deadline for this.

However, without acknowledging any legal obligation, our client nevertheless wishes to state that they can supply TSO that is in compliance with GMP requirements.

Best regards,

[signature]
Dr. Klaus Lodigkeit, LL.M.
Attorney at Law



**GEOTEXT**
Translations, Inc.

```
STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )
```

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from German into English of the attached letter to Dr. Christoph F. Wetzler from Dr. Klaus Lodigkeit, dated November 21, 2006.

Sara Rosner, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this 10th day of May, 20 07.

Robert A. Adler Jr.
Notary Public, State of New York
No. 01AD6097048
Qualified in Kings County
Commission Expires August 18, 2007

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

| WE | ME | BU | RN |
|---|---|---|---|
| B | 24. Nov. 2006 | | MW |
| D | Hölters & Elsing Frankfurt | | TU |
| HH | VG | PB | SG |

# Vorberg
Rechtsanwälte

Sebastian Vorberg, LL.M.*
Rechtsanwalt*** und
Fachanwalt für Medizinrecht

Dr. Nadja Sievers
Rechtsanwältin und
Mediatorin

Björn Stute
Rechtsanwalt*** und
Fachanwalt für Arbeitsrecht

Dr. Klaus Lodigkeit, LL.M.*
Rechtsanwalt

Carolin von Waldthausen
Rechtsanwältin***

Dr. Katja Held
Rechtsanwältin

Carsten Kerschies, LL.M.**
Rechtsanwalt

Sandra Ide
Rechtsanwältin

Warburgstraße 37
20354 Hamburg

Tel (040) 44 140 08-0
Fax (040) 44 140 08-99

E-Mail: info@vbra.de
www.vbra.de

* Master of Laws (Houston)
** Master of Laws (Stellenbosch)
*** zugelassen am Oberlandesgericht

Partner von:
LEXUNA ❖ MEDIZINRECHT
www.lexuna.de

Bankverbindung:
Dresdner Bank Hamburg
Nr. 02 66 00 88 00
BLZ: 200 800 00

Vorberg Rechtsanwälte – Warburgstraße 37 – 20354 Hamburg

Rechtsanwälte
Hölters & Elsing
z. Hd. Herrn RA Dr. Christoph F. Wetzler
Freiherr-vom-Stein-Straße 24-26
60323 Frankfurt

**vorab per Fax: 069 / 71 58 85 88**

Hamburg, 21. November 2006

Ihr Zeichen: **4022/06**

Unser Zeichen: **837-06/KL**
**Ovamed GmbH ./. Collingwood**

Sehr geehrter Herr Kollege Dr. Wetzler,

unsere Mandantin hat uns Ihr Schreiben vom 16. Oktober 2006 zur Beantwortung vorgelegt.

Zu aller erst muss unsere Mandantin mit Bedauern feststellen, dass es bisher nicht zu einem Meeting zwischen den Parteien gekommen ist. Trotz mehrmaliger Anforderung – zuletzt am

www.lexuna.de



VORBERG ♦♦♦ RECHTSANWÄLTE

20. Oktober 2006 – konnte Ihre Mandantin noch keinen Gesprächstermin nennen, und anscheinend ist sie – entgegen ihrer vertraglichen Verpflichtung – auch nicht gewillt, etwaige Differenzen im Rahmen eines Meetings auszuräumen.

Mit Schreiben vom 16. Oktober beziehen Sie sich eingehend auf das MSA, das Manufacturing and Supply Agreement. Nach Prüfung der Unterlagen haben wir festgestellt, dass das von Ihrer Mandantin mit erheblicher Verzögerung zugesandte Manufacturing and Supply Agreement von keinem der CEO unserer Mandantin unterschrieben wurde, da noch erheblicher Änderungsbedarf bestand.
Die Unterzeichnung des Agreements war aber vereinbart und ist rechtliche Voraussetzung zum Zustandekommen.

Wir möchten Sie daher bitten, uns umgehend eine Kopie des beidseitig unterschriebenen Manufacturing Agreements zukommen zu lassen, als spätesten Termin haben wir uns den **28.11.2006** notiert.

Ohne Anerkennung einer Rechtspflicht erklärt unsere Mandantin aber dennoch, dass sie TSO liefern kann, welches die GMP Anforderungen erfüllt.

Mit freundlichen kollegialen Grüßen

Dr. Klaus Lodigkeit, LL.M.
Rechtsanwalt