UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUNSET CLIFFS THERAPEUTICS, INC.,

    Plaintiff,

  v.

OVAMED GmbH,

    Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 Civ.

07 CV 3758

JUDGE RAKOFF

Rule 7.1 STATEMENT

RECEIVED MAY 1 1 2007

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sunset Cliffs Therapeutics, Inc. states that it has no parent corporation and that no publicly-held corporation holds 10 percent or more of its stock.

Dated: May 11, 2007
   New York, New York

             COVINGTON & BURLING LLP

      By: _____
         Jonathan M. Sperling (JS 0548 )
         Bradley J. Nash (BN 8002)
         1330 Avenue of the Americas
         New York, NY 10019
         212.841.1000

         *Attorneys for Plaintiff Sunset Cliffs Therapeutics, Inc.*