Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUNSET CLIFFS THERAPEUTICS, INC.,           :    No. 07 Civ. 3758 (JSR) (HP)
                                            :
                    Plaintiff,              :    NOTICE OF VOLUNTARY
                                            :    DISMISSAL
        v.                                  :
                                            :
OVAMED GmbH,                                :
                                            :
                    Defendant.              :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Plaintiff Sunset Cliffs Therapeutics, Inc. hereby dismisses this action without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, by filing this Notice of Voluntary Dismissal prior to the service of an answer or motion for summary judgment by the Defendant.

Dated: New York, New York
       June 1, 2007

COVINGTON & BURLING LLP

By: _____
    Jonathan M. Sperling (JS 0548)

1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000

*Attorneys for Plaintiff Sunset Cliffs Therapeutics, Inc.*

SO ORDERED: _____
                           U.S.D.J.
            6-5-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-07